■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN MOORE, Appellant.—Judgment unanimously affirmed. Memorandum: Although the trial court erred in admitting

portions of the complainant's hospital records containing her description of the crimes, we find the error harmless. Here, as in *People v Harper* (144 AD2d 946), and *People v Barnes* (144 AD2d 995), there was overwhelming evidence of defendant's guilt to render the bolstering error harmless *(see, People v Johnson,* 57 NY2d 969, 970; *cf., People v Jackson,* 124 AD2d 975, *lv denied* 69 NY2d 746). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—rape, first degree; burglary, first degree.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.